IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                          Case No. 2:12-CR-20019-001

JAMES MITCHELL HICKS                                                  DEFENDANT

**O R D E R**

The Court is in receipt of a written request sent by Dr. Jeremiah Dwyer, forensic psychologist at the Englewood Federal Detention Center, that the time for him to submit a psychiatric report regarding Defendant Hicks be extended to July 13, 2012.[1]

Dr. Dwyer bases his request primarily on his need for more time to complete investigation of several collateral contacts and to include information based on that investigation in his final submission. The Court finds that Dr. Dwyer's request for extension should be granted on that basis, in order that the Court and the parties may have the most complete report possible to evaluate how to proceed in this case.

IT IS THEREFORE ORDERED that the time in which the psychiatric report is to be filed in this case is extended to July 13, 2012.

Any delay of the trial of this matter due to the extension granted herein is excludable for purposes of the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(1)(A).

IT IS SO ORDERED this 9th day of July, 2012.

---

[1] In an Amended Order, dated April 17, 2012, the Court ordered that Defendant be examined, pursuant to 18 U.S.C. § 4241, for a period not to exceed 30 days, as well as examined, pursuant to 18 U.S.C. § 4242, for a period not to exceed an additional 45 days.

*s/P. K. Holmes, III*
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE